## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## ~~EASTERN DIVISION~~

_MELVIN ANTONI FORD_

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

RECEIVED

JAN 2 9 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

vs.

Case No: _____/8-50030_____
(To be supplied by the Clerk of this Court)

_FRANK HANEY, WINNEBAGO COUNTY_

_BOARD CHAIRMAN; GARY CARUANA,_

_WINNEBAGO ELECTED SHERIFF;_

_ROBERT "BOB" REDMOND, WINNEBAGO_

_COUNTY JAIL SUPERINTENDANT_

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

__X__          **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____          **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____          **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

**I.**   **Plaintiff(s):**

   A.   Name: _MELVIN ANTONI FORD_

   B.   List all aliases: _MELVIN-FORDIEL; MUSTAFA NASEER BEAR EL_

   C.   Prisoner identification number: _154313_

   D.   Place of present confinement: _WINNEBAGO COUNTY JAIL_

   E.   Address: _650 W. STATE STREET, ROCKFORD, ILLINOIS, 61102_

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**   **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.   Defendant: _FRANK HANEY_

   Title: _WINNEBAGO COUNTY BOARD CHAIRMAN_

   Place of Employment: _WINNEBAGO COUNTY_

   B.   Defendant: _GARY CARUANA_

   Title: _WINNEBAGO COUNTY ELECTED SHERIFF_

   Place of Employment: _WINNEBAGO COUNTY_

   C.   Defendant: _ROBERT "BOB" REDMOND_

   Title: _SUPERINTENDANT_

   Place of Employment: _WINNEBAGO COUNTY JAIL_

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Reviewed: 8/2013

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _____ *NONE* _____

_____

B.    Approximate date of filing lawsuit: _____ *N/A* _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ *NONE* _____

_____
_____
_____

D.    List all defendants: _____ *NONE* _____

_____
_____
_____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ *N/A* _____

F.    Name of judge to whom case was assigned: _____ *N/A* _____

_____

G.    Basic claim made: _____ *N/A* _____

_____
_____

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ *N/A* _____

_____
_____

I.    Approximate date of disposition: _____ *N/A* _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Reviewed: 8/2013

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

## I. JURISDICTION B VENUE

1)    THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER THE COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343 (a)(3). PLAINTIFF MELVIN FORD SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202. PLAINTIFF FORD CLAIMS FOR INJUCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTION 2283 & 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

2)    THE NORTHERN DISTRICT OF ILLINOIS IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391(b)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

## II. PLAINTIFFS

3)    PLAINTIFF FORD, IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRE-TRIAL DETAINEE OF THE COUNTY OF WINNEBAGO IN THE STATE OF ILLINOIS IN THE CUSTODY OF THE WINNEBAGO COUNTY JAIL. HE IS CURRENTLY CONFINED IN THE WINNEBAGO COUNTY JAIL, IN ROCKFORD, ILLINOIS.

## III. DEFENDANTS

Reviewed:  8/2013

4) DEFENDANT FRANK HANEY IS THE WINNEBAGO COUNTY
BOARD CHAIRMAN, HE IS LEGALLY RESPONSIBLE FOR THE ALLOTMENT
OF FINANCES TO THE WINNEBAGO COUNTY JAIL, BUDGET CUTS, VOTING
ON SUCH MATTERS BY THE WINNEBAGO COUNTY BOARD AND ALL OTHER
OPERATIONS OF THE WINNEBAGO COUNTY BOARD PERTAINING TO
THE COUNTY OF WINNEBAGO. HIS AFOREMENTIONED RESPONSIBILITIES
ARE UPON INFORMATION AND BELIEF.

5) DEFENDANT, GARY CARUANA IS THE ELECTED SHERIFF OF THE
COUNTY OF WINNEBAGO. HE IS LEGALLY RESPONSIBLE FOR THE OVERALL OPERATION
OF THE WINNEBAGO COUNTY JAIL AND FOR THE WELFARE OF ALL
PRE-TRIAL DETAINEES IN THAT COUNTY JAIL.

6) DEFENDANT, ROBERT "BOB" REDMOND IS THE SUPERINTENDANT
OF THE WINNEBAGO COUNTY JAIL. HE IS LEGALLY RESPONSIBLE
FOR THE OPERATION OF THE WINNEBAGO COUNTY JAIL AND FOR THE
WELFARE OF ALL PRE-TRIAL DETAINEES IN THAT COUNTY JAIL.

7) EACH DEFENDANT IS SUED INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY, AT ALL TIMES MENTIONED IN THIS COMPLAINT
EACH DEFENDANT ACTED UNDER THE COLOR OF STATE LAW.

IV. FACTS

8) UPON INFORMATION AND BELIEF, THE WINNEBAGO COUNTY BOARD,
LED BY CHAIRMAN FRANK HANEY, APPROVED A BUDGET CUT THAT
AFFECTED THE CORRECTIONS DIVISION OF THE SHERIFF'S OFFICE

Reviewed: 8/2013

IN SEPTEMBER OF 2017.

9) UPON INFORMATION AND BELIEF, AS REPORTED BY A ROCKFORD REGISTER STAR NEWS ARTICLE FROM OCTOBER 19, 2017, THE CUTS TO THE WINNEBAGO COUNTY JAIL WERE $1,477,551, THIS EFFECTIVELY CAUSED THE LAYOFF OF 11 CORRECTIONS OFFICERS. (SEE EX. A)

10) AS A RESULT OF THIS BUDGET CUT BY DEFENDANT FRANK HANEY, THE WINNEBAGO COUNTY JAIL HAS HAD, AND STILL HAS, UPON FILING OF THIS COMPLAINT, AN INADEQUATE NUMBER OF CORRECTIONS OFFICERS TO OPERATE THE WINNEBAGO COUNTY JAIL EFFECTIVELY, THIS IS UPON INFORMATION AND BELIEF.

11) TO COMPENSATE FOR SHORTAGE OF CORRECTIONS OFFICERS, DEFENDANTS GARY CARUANA AND ROBERT "BOB" REDMOND AUTHORIZED FREQUENT AND UNCONSTITUTIONALLY EXCESSIVE LOCKDOWNS OF PLAINTIFF FORD AND OTHER PRE-TRIAL DETAINEES, ON OR ABOUT OCTOBER 23, 2017 AND CONTINUING UPON THIS FILING.

12) NORMALLY, PRE-TRIAL DETAINEES ARE OUT OF THEIR INDIVIDUAL CELLS FROM 6:30AM TO 10:30PM, SUBJECT TO DAILY LOCKDOWNS FOR STAFF BREAKS, LUNCH, AND SHIFT CHANGE.

13) DUE TO BUDGET CUTS BY DEFENDANT FRANK HANEY, AND THE AUTHORIZATION OF EXCESSIVE LOCKDOWNS BY DEFENDANTS CARUANA AND REDMOND, PLAINTIFF FORD HAS BEEN IMPRISONED BEFORE EVEN GOING TO TRIAL.

6

14) PLAINTIFF FORD ASSERTS THAT DEFENDANT FRANK HANEY PASSED AND APPROVED THIS BUDGET CUT WITH BLATANT DISREGARD TO THE WELFARE OF PLAINTIFF FORD AND PLAINTIFF'S CONSTITUTIONAL AND HUMAN RIGHTS

15) PLAINTIFF FORD ASSERTS THAT DEFENDANTS CARUANA AND REDMOND IMPLEMENTED AND ENFORCED EXCESSIVE LOCKDOWNS WITH BLATANT DISREGARD FOR THE WELFARE OF PLAINTIFF FORD AND PLAINTIFF'S CONSTITUTIONAL AND HUMAN RIGHTS.

16) PLAINTIFF FORD ASSERTS THAT THE FOLLOWING LOCKDOWNS HAPPENED ON THE FOLLOWING DATES AND CAN BE SEEN IN EXHIBIT B, AS WELL UPON INFORMATION AND BELIEF AND FIRST HAND KNOWLEDGE:

17) 10/23/2017 8:00AM UNTIL 1:30PM (5.5 HOURS)

18) 10/27/2017 8:00AM UNTIL 6:30AM ON 10/28/2017 (22.5 HOURS)

19) 10/24/2017 8:00AM UNTIL 6:30PM (10.5 HOURS)

20) 10/28/2017 5:30PM UNTIL 6:30AM ON 10/29/2017 (13 HOURS)

21) 10/30/2017 1:30PM UNTIL 4PM (2.5 HOURS)

22) 10/30/2017 5:30PM UNTIL 6:30AM ON 10/31/2017 (13 HOURS)

23) 10/31/2017 1:30PM UNTIL 10:AM ON 11/01/2017 (20.5 HOURS)

24) 11/03/2017 7:30AM UNTIL 1:00PM (5.5 HOURS)

25) 11/03/2017 5:30PM UNTIL 9:30AM ON 11/04/2017 (16 HOURS)

26) 11/04/2017 5:30PM UNTIL 7:30AM ON 11/05/2017 (14 HOURS)

27) 11/05/2017 5:30PM UNTIL 6:30AM ON 11/06/2017 (13 HOURS)

28) 11/07/2017 11:00AM UNTIL 3:00PM (4 HOURS)

7

29) 11/08/2017 12:00pm UNTIL 6:30pm (6.5 HOURS)

30) 11/09/2017 12:00pm UNTIL 11:00AM ON 11/10/2017 (23 Hours)

31) 11/10/2017 5:30pm UNTIL 7:30AM ON 11/11/2017 (14 HOURS)

32) 11/14/2017 12:30pm UNTIL 7:15pm ON 11/15/2017 (31 HOURS)

33) 11/16/2017 5:30pm UNTIL 1:00pm ON 11/17/2017 (19.5 HOURS)

34) 11/17/2017 8:00AM UNTIL 12:00pm (4 HOURS)

35) 11/17/2017 5:30pm UNTIL 6:30AM ON 11/18/2017 (13 HOURS)

36) 11/18/2017 8:00AM UNTIL 12:00pm (4 HOURS)

37) 11/18/2017 5:30pm UNTIL 6:30AM ON 11/19/2017 (13 HOURS)

38) 11/19/2017 8:00AM UNTIL 12:00pm (4 HOURS)

39) 11/19/2017 5:30pm UNTIL 6:30AM ON 11/20/2017 (13 HOURS)

40) 11/20/2017 5:30pm UNTIL 12:40pm ON 11/21/2017 (19 HOURS)

41) 11/22/2017 5:30pm UNTIL 6:30AM ON 11/23/2017 (13 HOURS)

42) 11/23/2017 5:30pm UNTIL 6:30AM ON 11/24/2017 (13 HOURS)

43) 11/27/2017 8:00AM UNTIL 12:00pm (4 HOURS)

44) 11/27/2017 5:30pm UNTIL 6:30AM ON 11/28/2017 (13 HOURS)

45) 11/28/2017 8:00AM UNTIL 12:00pm (4 HOURS)

46) 11/28/2017 5:30pm UNTIL 6:30AM ON 11/29/2017 (13 HOURS)

47) 11/30/2017 8:00AM UNTIL 12:00pm (4 HOURS)

48) 11/30/2017 5:30pm UNTIL 6:30AM ON 11/31/2017 (13 HOURS)

49) 12/01/2017 5:30pm UNTIL 6:30AM ON 12/02/2017 (13 HOURS)

50) 12/02/2017 10:30pm UNTIL 7:00pm on 12/03/2017 (21.5 HOURS)

Reviewed: 8/2013

51) 12/07/2017 8:00AM UNTIL 1:00pm (5 HOURS)

52) 12/07/2017 5:30pm UNTIL 6:30AM on 12/08/2017 (13 HOURS)

53) 12/08/2017 5:30pm UNTIL 6:30AM on 12/09/2017 (13 HOURS)

54) 12/10/2017 10:30pm UNTIL 1:30pm on 12/11/2017 (15 HOURS)

55) 12/11/2017 5:30pm UNTIL 6:30AM on 12/12/2017 (13 HOURS)

56) 12/12/2017 8:00AM UNTIL 2:45pm (7 HOURS)

57) 12/12/8017 5:30pm UNTIL 6:30AM on 12/13/2017 (13 HOURS)

58) 12/14/2017 8:45AM UNTIL 2:30pm (6 HOURS)

59) 12/15/2017 8:00AM UNTIL 12:30pm (4.5 HOURS)

60) 12/17/2017 8:00AM UNTIL 2:00pm (6 HOURS)

61) 12/18/2017 12:00pm UNTIL 6:15pm (6 HOURS)

62) 12/18/2017 10:30pm UNTIL 1:30pm on 12/19/2017 (15 HOURS)

63) 12/19/2017 4:30pm UNTIL 6:30AM on 12/20/2017 (14 HOURS)

64) 12/21/2017 12:30pm UNTIL 4:00pm (3.5 HOURS)

65) 12/21/2017 5:30pm UNTIL 6:30AM on 12/22/2017 (13 HOURS)

66) 12/22/2017 9:00AM UNTIL 5:00pm (8 HOURS)

67) 12/22/2017 5:30pm UNTIL 6:30AM on 12/23/2017 (13 HOURS)

68) 12/25/2017 5:30pm UNTIL 6:30AM on 12/26/2017 (13 HOURS)

69) 12/26/2017 12:15pm UNTIL 3:35pm (3 HOURS)

70) 12/27/2017 11:30pm UNTIL 12:30pm on 12/28/2017 (23 HOURS)

71) 12/28/2017 10:30pm UNTIL 2:25pm on 12/29/2017 (16 HOURS)

72) 01/01/2018 10:30pm UNTIL 1:30pm on 01/02/2018 (15 HOURS)

9

73) 01/02/2018 5:30 PM UNTIL 6:30 AM ON 01/03/2018 (13 HOURS)

74) 01/03/2018 9 PM UNTIL 6:30 AM ON 01/04/2018 (8.5 HOURS)

75) 01/04/2018 8:00 AM UNTIL 3:00 PM (7 HOURS)

76) 01/05/2018 9:00 AM UNTIL 3:30 PM (6.5 HOURS)

77) 01/06/2018 9:00 AM UNTIL 12:30 PM (3.5 HOURS)

78) 01/07/2018 9:00 AM UNTIL 11:30 AM (2.5 HOURS)

79) 01/11/2018 11:00 AM UNTIL 4:00 PM (5 HOURS)

80) 01/12/2018 11:00 AM UNTIL 3:30 PM (4.5 HOURS)

81) 01/13/2018 9:30 AM UNTIL 11:00 AM (1.5 HOURS)

82) 01/14/2018 8:00 AM UNTIL 12:30 PM (4.5 HOURS)

83) 01/14/2018 4:30 PM UNTIL 6:30 AM ON 01/15/2018 (14 HOURS)

84) PLAINTIFF FORD ASSERTS THAT HE NEVER AGREED TO ANY OF THE AFOREMENTIONED LOCKDOWNS IN LINES 17-84.

85) PLAINTIFF FORD ASSERTS THAT HE IS A PRE-TRIAL DETAINEE AND HAS NOT BEEN DULY CONVICTED BY A JURY OF HIS PEERS ON THE RELEVANT DATES MENTIONED HEREIN IN LINES 17-84.

86) PLAINTIFF FORD ASSERTS THAT THE ONLY REASON HE IS REMANDED TO THE WINNEBAGO COUNTY JAIL IS BECAUSE HE IS UNABLE TO POST BAIL TO ASSURE HIS APPEARANCE ON CRIMINAL CHARGES.

87) PLAINTIFF FORD ASSERTS THAT HE IS INNOCENT UNTIL PROVEN GUILTY BY TRIAL BY BENCH OR A JURY OF HIS PEERS AS

Reviewed: 8/2013

DICTATED BY UNITED STATES CONSTITUTIONAL LAW, THE ILLINOIS
LAWS, AND HUMAN RIGHT.

88) PLAINTIFF FORD ASSERTS THAT DEFENDANTS CARUANA,
HANEY, AND REDMOND ARE UNABLE TO PRODUCE A CONTRACT BEARING
THE SIGNATURE OF PLAINTIFF FORD ~~WAIVING~~ ANY OF HIS
CONSTITUTIONAL, INALIENABLE, AND SUBSTANTIVE RIGHTS.

89) PLAINTIFF FORD ASSERTS THAT DEFENDANTS CARUANA
AND REDMOND ARE PUNISHING HIM FOR DEFENDANT **HANEY'S**
REFUSAL TO ALLOCATE THE REQUIRED FUNDS TO **ADEQUATELY** -
ACCORDING TO DEFENDANTS CARUANA AND REDMOND - OPERATE
THE WINNEBAGO COUNTY JAIL. (UPON INFORMATION AND BELIEF)

90) PLAINTIFF FORD ASSERTS, BASED UPON INFORMATION AND
BELIEF, THAT DEFENDANTS HANEY, CARUANA, &/OR REDMOND
CONTACTED THE 17TH JUDICIAL CIRCUIT COURT'S CHIEF JUDGE
JOSEPH MCGRAW ABOUT RELEASING, AFTER COURT RE-EVALUATION, PRE-TRIAL
DETAINEES WHO ARE NOT A CLEAR THREAT TO THE COMMUNITY,
BEFORE DEFENDANTS MENTIONED HEREIN PASSED THIS BUDGET
CUT AND IMPLEMENTED UNCONSTITUTIONAL AND INHUMANE
UNWRITTEN POLICY TO SUBJECT PLAINTIFF TO CONSTANT,
EXCESSIVE, AND **ROUTINE** LOCKDOWNS.

91) UPON INFORMATION AND BELIEF, PLAINTIFF FORD ASSERTS
THAT DEFENDANTS CARUANA AND REDMOND ARE ONLY CONCERNED

Reviewed: 8/2013

WITH PROCURING FUNDS TO INSURE WORK FOR THEIR FELLOW OFFICER.
THIS IS THE REASON PLAINTIFF FORD AND OTHER PRE-TRIAL
DETAINEES ARE CONSTANTLY LOCKED DOWN IN RESPONSE TO
DEFENDANT HANEY'S BUDGET CUTS IN BLATANT DISREGARD
FOR THE PSYCHOLOGICAL AND EMOTIONAL WELFARE OF PLAINTIFF.

92) UPON INFORMATION AND BELIEF, DEFENDANT HANEY
HAS DISPLAYED DELIBERATE INDIFFERENCE AND DISREGARD
FOR PLAINTIFF'S CONSTANT EXCESSIVE AND OPPRESSIVE
LOCKDOWNS.

93) PLAINTIFF FORD ASSERTS THAT THE LOCKDOWN HOURS HE
WAS ABLE TO DOCUMENT BETWEEN 10/23/2017 UNTIL 01/15/2018
WERE APPROXIMATELY 710.5 HOURS OUT OF APPROXIMATELY
2,040 HOURS.

94) PLAINTIFF FORD ASSERTS THAT, BASED UPON INFORMATION
AND BELIEF, HE IS MISSING MORE DATES AND HOURS OF LOCKDOWNS.

95) PLAINTIFF FORD ASSERTS THAT THE WINNEBAGO COUNTY JAIL
DOES NOT HAVE THE ADEQUATE STAFF TO OPERATE ITS FACILITY AT ITS
CURRENT CAPACITY NOR DID IT AT ALL RELEVANT TIMES MENTIONED
HEREIN NOR WILL IT IN THE FORSEEABLE FUTURE, BASED UPON
INFORMATION AND BELIEF.

96) PLAINTIFF FORD ASSERTS THAT, BASED UPON INFORMATION
AND BELIEF, DUE TO DEFENDANT HANEY'S REFUSAL TO ALLOCATE

X 12

Reviewed: 8/2013

FUNDS TO THE WINNEBAGO COUNTY JAIL SO THAT DEFENDANTS CARUANA AND REDMOND CAN OPERATE THE FACILITY AT ITS CURRENT POPULATION, THE EXCESSIVE LOCKDOWNS WILL NOT CEASE.

97) PLAINTIFF FORD ASSERTS THAT HE IS A PRE-TRIAL DETAINEE AND SHOULD NEVER HAVE EXPERIENCED NOR CONTINUE TO EXPERIENCE THESE OPPRESSIVE ACTIONS BY DEFENDANTS.

## V. EXHAUSTION OF LEGAL REMEDIES

98) PLAINTIFF FORD USED THE WINNEBAGO COUNTY JAIL GRIEVANCE PROCEDURE AT THE WINNEBAGO COUNTY JAIL TO TRY AND SOLVE THE PROBLEM. ON OR AFTER THE DATES MENTIONED HEREIN IN LINES 17-84, PLAINTIFF FORD PRESENTED THE FACTS RELATING TO THIS COMPLAINT, ON THE DATE OF, THE NEXT DAY, OR SEVERAL DAYS LATER OF FILING GRIEVANCES, PLAINTIFF FORD WAS SENT RESPONSES BY VARIOUS LIEUTENANTS AND SERGEANTS WHOM ARE EMPLOYEES OF THE WINNEBAGO COUNTY JAIL STATING SOME OF THE FOLLOWING, "OK?", "FOR SECURITY REASONS THIS REQUEST IS DENIED.", "LOCKDOWNS MAY HAPPEN FROM TIME TO TIME!", "WE DO NOT HAVE TO EXPLAIN LOCKDOWNS.", "UNFORTUNATELY IT WILL BE HAPPENING MORE.", "THANK YOU FOR THE INFORMATION BUT WE ARE AWARE.", "WE MONITOR THESE BUT THANK YOU.", "THERE ARE INMATES BEING LOCKED DOWN AS WELL AS YOU ARE. IT IS NOTHING PERSONAL.", "I BELIEVE THERE WERE OTHER PODS LOCKED DOWN.", "MOST PODS HAVE BEEN LOCKED DOWN.", "UNFORTUNATELY IT

✗ 13

Reviewed: 8/2013

IS SOMETIMES NECESSARY.", "LOCKDOWNS ARE ALREADY BEING RECORDED." OTHER RESPONSES CAN BE FOUND IN EXHIBIT B. ON 01/14/2018 PLAINTIFF FORD APPEALED THE LOCKDOWNS AND A LIEUTENANT RESPONDED, "YOUR APPEAL HAS BEEN HEARD AND DENIED..." SEE EXHIBIT C.

## VI. LEGAL CLAIMS

99) THE EXCESSIVE, CONSTANT, OPPRESSIVE, UNCONSTITUTIONAL, AND INHUMANE LOCKDOWNS OF PLAINTIFF FORD, A PRE-TRIAL DETAINEE WHOM IS INNOCENT UNTIL PROVEN GUILTY; THE DELIBERATE INDIFFERENCE TO THE PSYCHOLOGICAL AND EMOTIONAL AFFECT THAT THESE UNLAWFUL LOCKDOWNS HAS CAUSED PLAINTIFF; THE WILLFUL NEGLIGENCE; THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; THE FALSE IMPRISONMENT OF PLAINTIFF FORD; AND THE BLATANT DISREGARD FOR THE INNATE DIGNITY OF HUMAN BEINGS, PERPETRATED BY DEFENDANT CARUANA, DEFENDANT HANEY, AND DEFENDANT REDMOND, THAT PLAINTIFF REALLEGE AND INCORPORATE BY REFERENCE PARAGRAPHS 1-98; ARE IN DIRECT VIOLATION OF ILLINOIS CODE OF CRIMINAL PROCEDURE - 725 ILCS 5/103-2 AND 725 ILCS 5/103-8; IN VIOLATION OF ADMINISTRATIVE CODE: TITLE 20, CHAPTER I, SUBCHAPTER F, PART 701, SECTION 701.130(a)(3); IN VIOLATION OF ARTICLES 1, 2, 3, 5, 6, 7, 9, AND 11 OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS; AND IN VIOLATION OF

Reviewed: 8/2013

AMENDMENTS 8, 5, AND 14 OF THE U.S. CONSTITUTION. NO PRE-TRIAL DETAINEE SHOULD EVER BE PUNISHED BEFORE FOUND GUILTY. JAIL CONDITIONS MUST NOT BE PUNITIVE OR AN EXAGGERATED RESPONSE TO A SECURITY NEED OR AN EXAGGERATED RESPONSE TO LACK OF FUNDING.

100) THE DUE PROCESS CLAUSE REQUIRES THAT PRE-TRIAL DETAINEES BE SUBJECTED TO ONLY THOSE RESTRICTIONS AND PRIVATIONS WHICH INHERE IN THEIR CONFINEMENT ITSELF. UNDER THE "COMPELLING NECESSITIES STANDARD", DEPRIVATIONS OF THE RIGHTS OF PRETRIAL DETAINEES CANNOT BE JUSTIFIED BY CRIES OF FISCAL NECESSITY OR ADMINISTRATIVE CONVENIENCE. ( BELL V. WOLFISH (1979) 441 U.S. 520, 527-28.

101) THE 8th AMENDMENT OF THE U.S. CONSTITUTION PROHIBITS CRUEL AND UNUSUAL PUNISHMENT. PRE-TRIAL DETAINEES AREN'T CONVICTED SO PLAINTIFF FORD ASSERTS HE SHOULDN'T BE PUNISHED.

102) THE ONGOING BUDGET BATTLE OF DEFENDANTS MENTIONED HEREIN HAS CAUSED PLAINTIFF FORD TO CONSTANTLY AND EXCESSIVELY BE LOCKED DOWN. THIS IS TANTAMOUNT TO CRUEL AND UNUSUAL PUNISHMENT AND A DIRECT VIOLATION OF PLAINTIFF'S DUE PROCESS RIGHTS.

Reviewed: 8/2013

103) THE DEPRIVATION OF THESE SUBSTANTIVE RIGHTS AFFORDED TO PLAINTIFF FORD HAS CAUSED PLAINTIFF TO FEEL SAD, DEPRESSED, HOPELESS, NERVOUS, ANGRY, MENTAL ANGUISH AND DISTRESSED.

104) PLAINTIFF ASSERTS THAT HE WAS DIAGNOSED WITH DEPRESSION IN THE PAST. DUE TO THE ACTIONS OF DEFENDANTS FRANK HANEY, GARY CARAUNA, AND ROBERT REDMOND, PLAINTIFF WILL NEED INTENSIVE THERAPY TO COPE WITH BEING PUNISHED BEFORE TRIAL AND THE SEVERE EMOTIONAL ISSUES HE NOW HAS.

105) PLAINTIFF HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUCTIVE RELIEF WHICH PLAINTIFF SEEKS.

## VII. PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULLY REQUESTS AND PRAYS THAT THIS HONORABLE AND COMPETENT COURT ENTER JUDGEMENT GRANTING PLAINTIFF:

106) A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF FORD'S - A PRETRIAL DETAINEE - INALIENABLE

16

Reviewed: 8/2013

AND SUBSTANTIVE RIGHTS UNDER THE UNIVERSAL DECLARATION OF HUMAN RIGHTS, THE CONSTITUTION AND LAWS OF THE UNITED STATES OF AMERICA, AND THE LAWS OF THE STATE OF ILLINOIS.

107) A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS FRANK HANEY, GARY CARUANA, AND ROBERT "BOB" REDMOND TO CEASE AND DESIST THE UNLAWFUL, EXCESSIVE, OPPRESSIVE, AND UNWARRANTED LOCKDOWNS OF PLAINTIFF AND OTHER PRE-TRIAL DETAINEES.

108) A PRELIMINARY AND PERMANENT INJUCTION ORDERING DEFENDANT FRANK HANEY TO RELEASE NECESSARY FUNDS THAT THIS COURT DEEMS APPROPRIATE TO HIRE CORRECTIONAL OFFICERS TO ADEQUATELY STAFF THE WINNEBAGO COUNTY JAIL TO END THE OPPRESSIVE LOCKDOWNS.

109) A PRELIMINARY AND PERMANENT INJUCTION ORDERING DEFENDANTS CARUANA AND REDMOND TO ASK THE CHIEF JUDGE OF THE 17TH JUDICIAL CIRCUIT COURT TO RELEASE ELIGIBLE PRE-TRIAL DETAINEES ON PERSONAL RECOGNIZANCE OR HOME MONITORING.

110) A PRELIMINARY AND PERMANENT INJUCTION ORDERING DEFENDANTS CARUANA AND REDMOND TO RELEASE PLAINTIFF FORD ON HOME MONITORING FOR THE DURATION OF PLAINTIFF'S CRIMINAL PROCEEDINGS.

110) A PRELIMINARY AND PERMANENT INJUCTION ORDERING DEFENDANTS HANEY, CARUANA, AND REDMOND TO PAY ALL COSTS FOR

X 17

Reviewed: 8/2013

PLAINTIFF'S HOME MONITORING.

(12) A PRELIMINARY AND PERMANENT INJUCTION ORDERING DEFENDANTS CARUANA AND REDMOND TO OFFER WEEKLY COUNSELING TO PLAINTIFF FORD AND OTHER PRE-TRIAL DETAINEES SUFFERING FROM DEPRESSION AND OTHER EMOTIONAL ISSUES DUE TO BEING LOCKED DOWN INHUMANELY. TO ALSO POST POSTERS ON EVERY POD IN THE WINNEBAGO COUNTY JAIL REGARDING MENTAL HEALTH COUNSELING, SERVICES OFFERED, AND ALL RIGHTS AFFORDED TO PRE-TRIAL DETAINEES.

(13) A PRELIMINARY AND PERMANENT INJUCTION ORDERING DEFENDANTS HANLEY, CARUANA, AND REDMOND TO DRAFT AND IMPLEMENT A PERMANENT POLICY AND LAW OUTLAWING EXCESSIVE LOCKDOWNS OF PRETRIAL DETAINEES BECAUSE OF LACK OF FUNDS AND/OR SHORTAGE OF STAFF.

(14) A PRELIMINARY AND PERMANENT INJUCTION ORDERING DEFENDANTS CARUANA AND REDMOND TO RELEASE PLAINTIFF FORD ON MEDICAL FURLOUGH TO RECIEVE INPATIENT MENTAL HEALTH INTENSIVE THERAPY FOR THE DAMAGING AFFECT THE LOCKDOWNS MENTIONED HEREIN HAS HAD AND WILL CONTINUE TO HAVE ON PLAINTIFF FORD.

(15) PUNITIVE DAMAGES IN THE AMOUNT OF $355,250 AGAINST EACH DEFENDANT NAMED IN THIS COMPLAINT.

※ 18

116) PLAINTIFF'S COST FOR ANY AND ALL MENTAL HEALTH OR RECOMMENDED TREATMENT BY MEDICAL EXPERT TO BE PAID BY DEFENDANTS NAMED IN THIS COMPLAINT.

117) ANY AND ALL COST OF PLAINTIFF FORD FOR COURT COST, ATTORNEY FEES, AND ANY COST PERTAINING TO THIS SUIT.

118) ANY AND ALL ATTORNEY COSTS AND FEES OF THE PLAINTIFF TO BE PAID BY DEFENDANTS.

119) ANY AND ALL ADDITIONAL RELIEF THAT THIS HONORABLE COURT FINDS TO BE LAWFUL, JUST, PROPER, AND EQUITABLE.

DATED: 01/16/2018

RESPECTFULLY SUBMITTED,

650 W. STATE ST.

MELVIN ANTONI FORD, WINNEBAGO COUNTY JAIL ROCKFORD, ILL, 6II02

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT ROCKFORD, ILLINOIS ON 01/16/2018

MELVIN ANTONI FORD

Reviewed: 8/2013

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

SEE PAGE 18 & 19,

**VI.    The plaintiff demands that the case be tried by a jury.  ☒ YES    ☐ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ____16____ day of __JANUARY__, 20 __18__

_____
(Signature of plaintiff or plaintiffs)

MELVIN ANTONI FORD
(Print name)

154313
(I.D. Number)

WINNEBAGO COUNTY JAIL, 650 W. STATE STREET,
ROCKFORD, ILLINOIS, 61102
(Address)

20

Reviewed:  8/2013

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, WESTERN DIVISION, WINNEBAGO

MELVIN ANTONI FORD
PLAINTIFF,

V.                                          CIVIL CASE NO.

GARY CARUANA, WINNEBAGO COUNTY SHERIFF
ROBERT "BOB" REDMOND, WINNEBAGO JAIL SUPT,
FRANK HANEY, WINNEBAGO BOARD CHAIRMAN

## NOTICE OF FILING

TO THE CLERK OF THE UNITED STATES COURT LOCATED AT
327 S. CHURCH STREET, ROCKFORD, ILLINOIS, 61101:

I, MELVIN ANTONI FORD, PLAINTIFF IN THIS MATTER DO
AFFIRM THAT I HAVE SENT FOR FILING THE FOLLOWING DOCUMENTS:

(1)    RESIDENT HISTORY REPORT FOR THE PAST 6 MONTHS (FINANCIAL)

(2)    IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT

(3)    APPLICATION FOR WAIVER OF COURT FEES

(4)    SUPPLEMENTAL FORM (APPLICATION FOR WAIVER OF FEES)

(5)    ORDER FOR WAIVER OF COURT FEES

(6)    MOTION FOR APPOINTMENT OF COUNSEL

(7)    DECLARATION OF MARCO A. ARROY

(1)

(8) ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUCTION AND A TEMPORARY RESTRAINING ORDER

(9) SUMMONS (5 COPIES; ONE FOR CLERK, JUDGE, AND EACH DEFENDANT)

(10) 5 COPIES OF COMPLAINT ( ONE FOR CLERK, JUDGE, AND EACH DEFENDANT)

(11) EXHIBIT A (NEWS ARTICLE)

(12) EXHIBIT B (RESIDENT REQUEST REPORT PAGES 52-67: FRONT 3 BACK)

(13) EXHIBIT C (RESIDENT REQUEST REPORT PAGE 14: ONE SIDED)

(14) U.S. MARSHALL FORM 285 (3 COPIES WITH EACH RESPECTIVE DEFENDANT'S NAME)

WHEREFORE THE PLAINTIFF RESPECTFULLY REQUEST THAT THE DOCUMENTS LISTED IN LINES 1-14 BE FILED ON THE DOCKET, AND THAT THE CLERK OF THIS COURT SERVES A COPY OF THE COMPLAINT AND SUMMONS UPON EACH NAMED DEFENDANT PERSUANT TO 735 ILCS 5/2-1101, OR THAT THIS COURT HAS THE U.S. MARSHALL SERVE A COPY OF SAID COMPLAINT AND SUMMONS UPON DEFENDANTS DUE TO THE FACT THAT PLAINTIFF IS INDIGENT AND WITHOUT FAMILY TO SERVE AFORESAID COPIES OF SUMMONS AND COMPLAINTS.

I, THE UNDERSIGNED, DO CERTIFY UNDER THE PENALTY OF PERJURY THAT THE AFORESAID IS TRUE AND CORRECT,

MELVIN ANTONI FORD

01/23/2018



IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, WESTERN DIVISION, WINNEBAGO COUNTY, ILL

| | |
|---|---|
| MELVIN ANTONI FORD | DECLARATION |
| PLAINTIFF, | OF |
| V. | |
| GARY CARUANA, ELECTED WINNEBAGO SHERIFF, | MARCO A. ARROY |
| ROBERT "BOB" REDMOND, WINNEBAGO JAIL SUPT, | |
| FRANK HANEY, WINNEBAGO BOARD CHAIRMAN | |

HEREBY DECLARES THAT:

I HAVE BEEN LOCKED UP AT THE WINNEBAGO COUNTY JAIL
SINCE 9/15/2017. SINCE 11/01/2017 I HAVE BEEN HOUSED
ON "POD" 3D. I AM CURRENTLY IN CELL 20, WHICH IS ON THE
SAME "POD" AS PLAINTIFF. MELVIN ANTONI FORD IS CURRENTLY
IN CELL 33 AND HAS ALSO BEEN IN CELL 11.

ON ALL RELEVANT DATES MENTIONED IN THE FILED COMPLAINT
OF PLAINTIFF, THAT I WAS LOCKED UP FOR, PLAINTIFF WAS CONSTANTLY
AND EXCESSIVELY LOCKED IN HIS CELL.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING
IS TRUE AND CORRECT. EXECUTED AT WINNEBAGO COUNTY JAIL IN
ROCKFORD, ILLINOIS

01/15/2018

| (PRINTED NAME) | (SIGNATURE) | (I.D.#) | (DATE) |
|---|---|---|---|
| MARCO A ARROY | (1) | 045469 | 01/15/2018 |

# Rockford Register Star

Thursday, October 19, 2017 | NEWSPAPER OF THE ROCK RIVER VALLEY | rrstar.com | 🐦 @rrstar | f Facebook.com/rockfordregisterstar

# Sheriff cuts $2M, more to come

**Among layoffs are 60 part-time reserve deputies, which will save the department nearly $915K**

**By Chris Green**
Staff writer

ROCKFORD — Winnebago County Sheriff Gary Caruana has made a priority of keeping boots on the street as he attempts to slice $4.3

million from his budget.

Nearly three weeks after the Winnebago County Board approved a balanced fiscal year 2018 budget, which included $6.8 million in cuts, the sheriff as of Tuesday had identified just less than $2 million in reductions.

Among the cuts are seven

**Caruana**

patrol deputies who have yet to hit the streets.

"They graduate from (Police Training Institute) on Nov. 16," he said. "I'm trying to work with Rockford, South Beloit and Freeport to take them. I don't want to see them without jobs."

Now that the young officers have completed their basic training, it's a savings in time

**See CUTS, A4**

## Projected savings of sheriff's cuts

**Civilians**
- Security monitor: $53,020
- Security monitor: $36,788
- Administrative secretary: $23,151
- Civilian civil process server: $29,794
- Executive asst. to the sheriff: $61,321
- Reserve deputy (60): $914,990

**Corrections**
- Program supervisor: $62,009
- Corrections officers (11): $477,551

**Patrol**
- Deputies (7): $303,010

**Total savings for FY 2018:**
$1,982,154

SOURCE: WINNEBAGO COUNTY SHERIFF'S DEPARTMENT

*Illinois lagging in manufacturing, job creation*



**Chuck Sweeny**

---

*EXHIBIT A*

EMILY DULL ANDERSON | 1991-2017



# 'The glue that held a lot of people together'

*EXHIBIT B*

| GT |
| --- |

**RESIDENT REQUEST REPORT**                                    Page    52 of   102

Winnebago County Jail
01/16/2018 10:21
OPR   Mccork

---

MID                :   154313
Resident Name      :   FORD, MELVIN ANTONI

---

Request Type  :   ALL
Status        :   ALL
Time Frame    :   03/05/2017   -   01/16/2018
Sort By       :   Grievance Type

---

|   | I NEED BOOKS NOW FOR MY LAW RESEARCH. AND THE LAW COMPUTER TO WORK NOW. NOT LATER. AND ORDER MORE LAW BOOKS. WHATS THE ISSUE? IF YOU ARE UNABLE TO PROVIDE ACCESS TO LAW MATERIAL THEN INFORM THE COURTS AND RELEASE ME |
| 2 | 10/20/2017 17:43       Lukows |
|   | If the law computer is not working properly, please inform the officer so a work order can be placed |

---

**Request #    577612    GRIEVANCE - GENERAL        CLOSED**

| 1 | 10/20/2017 21:02     RESIDENT |
|   | JAIL STANDARDS DO NOT SUPERCEDE CONSTITUTIONAL RIGHTS OF WE THE PEOPLE.. AND THIS COMPUTER DOES NOTTTTT WORK AND WE KEEEEEEEP TELLING YOU AS WELL AS THE   POD OFFICERS. |
| 2 | 10/21/2017 16:02     Lukows |
|   | I have informed you that if the law library is not working to inform the officer so a work order can be placed |

---

**Request #    577930    GRIEVANCE - GENERAL        CLOSED**

| 1 | 10/22/2017 09:15     RESIDENT |
|   | I HAVE INFORMED YOU THAT MYSELF AND OTHER DETAINEES HAVE TOLD POD OFFICERS TO PUT IN WORK ORDERS ON NUMEROUS OCCASIONS.  INSTEAD OF THE BACK AND FORTH HOW ABOUT PLACING THE WORK ORDER YOURSELF? IF THIS IS LT. LUKOWSKI THEN THIS FRIVOLOUS BACK AND FORTH NOW MAKES SENSE. JUST DO YOUR JOB AND HAVE THE LAW COMPUTER FIXED |
| 2 | 10/24/2017 09:23     Boyd |
|   | Mr. Ford,

 I have placed a work order to IT twice so that the law computer can be fixed. I will follow up again to day, to see what the status is at this time. |

---

**Request #    578399    GRIEVANCE - GENERAL        CLOSED**

| 1 | 10/24/2017 07:54     RESIDENT |
|   | WHY WERE WE LOCKED DOWN ON  10.23.2017 FOR  THE WHOLE FIRST   SHIFT???? |
| 2 | 10/24/2017 09:17     Ponte |
|   | For security reasons this request is denied. |

---

**Request #    579585    GRIEVANCE - GENERAL        CLOSED**

| 1 | 10/28/2017 11:00     RESIDENT |
|   | WE HAD NO REASON TO BE LOCKED DOWN LAST NIGHT. JUST BECAUSE TWO DETAINEES DECIDED TO FIGHT DOES NOT MEAN THAT WE HAVE TO BE SUBJECTED TO AN AL NIGHT LOCKDOWN. FURTHERMORE THAT WAS TWO DAYS IN A ROW. THAT IS INHUMANE |
| 2 | 10/28/2017 23:20     Meath |
|   | The pod refused to lock down in a timely matter after given several orders to do so. When you are given a direct order you are to comply immediately! |

EX. B

GT

**RESIDENT REQUEST REPORT**

Page    53  of    102

Winnebago County Jail
01/16/2018 10:21
OPR   Mccork

```
MID             :  154313
Resident Name   :  FORD, MELVIN ANTONI

Request Type    :  ALL
Status          :  ALL
Time Frame      :  03/05/2017  -  01/16/2018
Sort By         :  Grievance Type
```

---

| Request # | 580027 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1    10/30/2017 12:01    RESIDENT
RE. 579585... THE POD COULDNT LOCK DOWN  IMMEDIATELY BECAUSE OFFICER KUNKLE DID NOT ROLL ANY OF THE DOORS BEFORE RESPONDING TO THE FIGHT AND CALLING FOR ASSISTANCE. DOORS WERE NOT OPENED UNTIL  ASSISTING OFFICERS REACHED THE POD. THE POINT IS WE ARE DETAINEES NOT PRISONERS. STOP LOCKING US DOWN BEFORE GETTING THE FACTS STRAIGHT

2    10/30/2017 17:58    Lukows
The facts have been looked into and you need to follow the rules.

---

| Request # | 580123 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1    10/30/2017 17:38    RESIDENT
AGAIN YOU ALL LOCKED US UP TODAY ON POD 3D  FROM 130PM UNTIL 4PM. WHY DO WE HAVE TO BE SUBJECTED TO CONSTANT LOCKUPS? WE ARE NOT PRISONERS

2    10/30/2017 17:57    Lukows
Lockdowns may happen time to time

---

| Request # | 580140 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1    10/30/2017 18:34    RESIDENT
I HAVE A WARRANT IN KANE COUNTY AT THE ELGIN BRANCH COURT FOR MISSING COURT DUE TO ME BEING LOCKED UP HERE. I NEED TO ADDRESS THAT MATTER. HOW DO I GET TO COURT? I HAVE NO LAWYER OUT THERE AND IM PRO SE OUT HERE...

2    10/31/2017 09:56    Ponte
We need a writ from that court or you can handle it once you are done with our charges.

---

| Request # | 580176 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1    10/31/2017 08:29    RESIDENT
ANOTHER LOCKDOWN ON THE NIGHT SHIFT OF  10.30.2017.. WHY?? ARE YOU ALL INFORMING THE PUBLIC THAT YOURE CONSTANTLY  LOCKING DOWN DETAINEES LIKE WE ARE ANIMALS?

2    10/31/2017 09:54    Ponte
We do not have to explain lock downs.

---

| Request # | 580490 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1    11/01/2017 12:07    RESIDENT
ANOTHER  LOCKDOWN ON 10.31.2017 FROM 130PM UNTIL  11.01.2017 AT 10AM

2    11/01/2017 13:35    watson
Unfortunately, it will be happening more

*EX, B*

GT

**RESIDENT REQUEST REPORT**                                         Page    54  of    102

Winnebago County Jail
01/16/2018 10:21
OPR   Mccork

```
MID              :  154313
Resident Name    :  FORD, MELVIN ANTONI
```

```
Request Type  :   ALL
Status        :   ALL
Time Frame    :   03/05/2017   -   01/16/2018
Sort By       :   Grievance Type
```

| Request # | 580737 | GRIEVANCE - GENERAL | CLOSED |

1   11/02/2017 08:56     RESIDENT
SGT. WATSON.... MY DIET HAS BEEN WILLFULLY NEGLECTED BY THE KITCHEN.. ILLINOIS COUNTY
JAIL STANDARDS MANDATES THAT THE KITCHE ADHERES TO MY SPECIAL DIET AND PROVIDE A
SUPPLEMENT FOR ANYTHING IM MISING.. CONSTANT CALLS BY POD OFFICERS ARE IGNORED BY THE
KITCHEN OFFICER. THIS IS NOW A FRMAL GREIVANCE FOR SUPT. BOB REDMOND

2   11/03/2017 15:16     Lukows
Has this grievance been addressed already?  Are you attempting to appeal the grievances
original answer?  If so, please refer to the inmate handbook for proper filing of an
appeal.  If not, please resubmit to food services.

| Request # | 580741 | GRIEVANCE - GENERAL | CLOSED |

1   11/02/2017 09:06     RESIDENT
THE KITCHEN IS WILLFULLY NEGLIGENT AS IT PERTAIN TO MY PRESCRIBED SPECIAL DIET OF NO
DAIRY AND VEGETARIAN. THIS IS NOW AN ADMINISTRATIVE ISSUE BECAUSE THEY ARE IN VIOLATION
OF ICJS TITLE 20 CHAP.1 SUB.F SECTION 701.110

2   11/03/2017 15:19     Lukows
Has this grievance been addressed already? Are you attempting to appeal the grievances
original answer? If so, please refer to the inmate handbook for proper filing of an
appeal. If not, please resubmit to food services

| Request # | 581177 | GRIEVANCE - GENERAL | CLOSED |

1   11/03/2017 15:31     RESIDENT
ANOTHER LOCKDOWN TODAYON 11.03.17 FROM BREAKFAST UNTL 1PM

2   11/03/2017 15:35     Lukows
Thank you for the information but we are aware

| Request # | 581437 | GRIEVANCE - GENERAL | CLOSED |

1   11/04/2017 16:26     RESIDENT
ANOTHER LOCKDOWN ON 11.03.2017 530PM UNTIL 11.04.2017  UNTIL 930AM

2   11/04/2017 21:07     Hernan
Can you explain? I don't know what the question is

| Request # | 581605 | GRIEVANCE - GENERAL | CLOSED |

1   11/05/2017 11:44     RESIDENT
REQUESTING A BIN FOR MY LEGAL PAPERS. I AM PRO SE

2   11/05/2017 11:47     Lukows
One will be provided for you.

*EX. B*

| GT | |
|---|---|

**RESIDENT REQUEST REPORT**

Winnebago County Jail
01/16/2018 10:21
OPR   Mccork

```
MID              :   154313
Resident Name    :   FORD, MELVIN ANTONI
```

```
Request Type   :   ALL
Status         :   ALL
Time Frame     :   03/05/2017   -   01/16/2018
Sort By        :   Grievance Type
```

| Request # | 581607 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1  11/05/2017 11:46  RESIDENT
  11.04.2017 ... ANOTHER LOCKDOWN... 530PM UNTIL  11.05.2017 BREAKFAST
2  11/07/2017 22:49  jacob
  Lockdowns are only implemented for the safety and security of the facility.

| Request # | 581618 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1  11/05/2017 11:59  RESIDENT
  LT LUKOWSKI... IN LIGHT OF THE OBVIOUS WITHHOLDING OF MY LEGAL MAIL FOR 5 MONTHS BY SGT
  MCCORKLE I AM AGAIN REQUESTING ALL  MAIL OUT OF MY PROPERTY BOX THAT IS NOT DEEMED A
  REASONABLE SAFETY RISK TO THE FACILITY.
2  11/08/2017 16:17  Lukows
  Mr. Ford, if mail was placed into your property, it was placed for a reason.  If it was
  able to be given to you, then it would of.

| Request # | 581842 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1  11/06/2017 11:18  RESIDENT
  ANOTHER LOCKDOWN.. ON 11.05.2017 FROM 530PM UNTIL 11.06.2017 AT BREAKFAST
2  11/07/2017 22:53  jacob
  Lockdowns are only implemented for the safety and security of the facility.

| Request # | 581844 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1  11/06/2017 11:19  RESIDENT
  I NEED A LIST OF ALL PROGRAMS THAT THIS FACILITY OFFERS ASAP
2  11/07/2017 22:54  jacob
  You need to submit a request to Programming for that information.

| Request # | 582266 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1  11/07/2017 17:47  RESIDENT
  IS IT POSSIBLE FOR ME TO MAKE TWO FREE PHONE CALLS A WEEK TO KEEP UP WITH WITNESSES FOR
  MY DEFENCE SEEING AS TO HOW IM PRO SE? IS THIS REASONABLE?
2  11/14/2017 17:29  Lukows
  Phones are available to you in the pod at your own expense

| Request # | 582442 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1  11/08/2017 12:00  RESIDENT
  ANOTHER LOCKDOWN 11.07.2017 FROM 11AM UNTIL  3PM



*EX. B*

| GT |
| --- |

**RESIDENT REQUEST REPORT**                                            Page    56  of    102

Winnebago County Jail
01/16/2018 10:21
OPR   Mccork

---

MID              :  154313
Resident Name    :  FORD, MELVIN ANTONI

---

Request Type  :   ALL
Status        :   ALL
Time Frame    :   03/05/2017  -   01/16/2018
Sort By       :   Grievance Type

---

| 2 | 11/08/2017 16:48     Lukows |
|---|---|
|   | We monitor these, but thank you |

| **Request #** | **582444** | **GRIEVANCE - GENERAL** | **CLOSED** |
|---|---|---|---|

| 1 | 11/08/2017 12:03     RESIDENT |
|---|---|
|   | DO YOU ALL INFORM THE PUBLIC THAT YOU HAVE PRE TRIAL DETAINEES LOCKED DOWN EVERY DAY AND FOR THE MAJORITY OF THE DAY? THIS IS INHUMANE TREATMENT AND CRUEL PUNISHMENT |
| 2 | 11/08/2017 16:47     Lukows |
|   | If you have a grievance, please enter it.  If you have a request, request it. |

| **Request #** | **582605** | **GRIEVANCE - GENERAL** | **CLOSED** |
|---|---|---|---|

| 1 | 11/08/2017 23:16     RESIDENT |
|---|---|
|   | ANOTHER LOCKDOWN TODAY 11.08.2017.. 12PM UNTIL EVENING SHIFT |
| 2 | 11/10/2017 08:21     watson |
|   | I am not sure what you are requesting |

| **Request #** | **582994** | **GRIEVANCE - GENERAL** | **CLOSED** |
|---|---|---|---|

| 1 | 11/10/2017 12:48     RESIDENT |
|---|---|
|   | YES I DO HAVE A GRIEVANCE. I HAVE AN ISSUE WITH BEING LOCKED DOWN  EVERYDAY LIKE IM SOME SORT OF PRISONER OR ANIMAL. I HAVE AN ISSUE WITH BEING UNDER FLUORESCENT LIGHTS 24 HOURS A DAY |
| 2 | 11/10/2017 17:36     watson |
|   | There are other inmates being locked down as well as you are. It is nothing personal. I cannot assist you with the lighting |

| **Request #** | **583071** | **GRIEVANCE - GENERAL** | **CLOSED** |
|---|---|---|---|

| 1 | 11/10/2017 15:58     RESIDENT |
|---|---|
|   | WE WERE LOCKED DOWN 11.09.2017 12PM UNTIL 11AM ON 11.10.2017 |
| 2 | 11/10/2017 17:40     watson |
|   | I believe there were other pods locked down |

| **Request #** | **583221** | **GRIEVANCE - GENERAL** | **CLOSED** |
|---|---|---|---|

| 1 | 11/11/2017 09:41     RESIDENT |
|---|---|
|   | LOCKED DOWN AGAIN. 11.10.2017  530PM UNTLIL 11.11.2017 AT BREAKFAST |
| 2 | 11/11/2017 16:09     watson |
|   | There were other lockdowns |

*EX.B*

| GT | |
|---|---|

**RESIDENT REQUEST REPORT**                                               Page     57 of   102

Winnebago County Jail
01/16/2018 10:21
OPR  Mccork

---

MID            :  154313
Resident Name  :  FORD, MELVIN ANTONI

---

Request Type   :   ALL
Status         :   ALL
Time Frame     :   03/05/2017  -  01/16/2018
Sort By        :   Grievance Type

---

| Request # | 584261 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1     11/15/2017 21:05     RESIDENT
      DO YOU ALL HAVE A POLICY IN PLACEFOR DETAINEES WHOM ARE PRO SE AND  INDIGENT TO KEEP IN
      TOUCH WITH WITNESSES VIA THE PHONE?
2     11/18/2017 04:03     Fernaa
      you would have to make a collect call.

| Request # | 584262 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1     11/15/2017 21:08     RESIDENT
      LOCKDOWN ON 11.14.2017 AT 1230PM UNTIL 11.15.2017 AT 715PM.  THIS IS INHUMANE. WE ARE
      DETAINEES. NOT PRISONERS
2     11/15/2017 22:57     jacob
      Lockdowns are for the safety and security of the facility, we do not lockdown to be
      punitive.

| Request # | 584605 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1     11/17/2017 14:56     RESIDENT
      LOCKDOWN ON 11.16.2017 FROM 530PM UNTIL 11.17.2017 AT 1PM. ATE IN  CELL FOR BREAKFAST AND
      LUNCH
2     11/18/2017 04:37     Fernaa
      the pod was off lockdown from 2pm to 6pm

| Request # | 584790 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1     11/18/2017 13:21     RESIDENT
      MULTIPLE ATTEMPTS TO RECTIFY ISSUES WITH MY MEALS HAVE BEEN UNSUCCESSFUL IN WRITING
      GREIVANCES TO THE KITCHEN. I AM NOW REQUESTING MY ISSUES BE SUBMITTED TO SUPT BOB
      REDMOND. THANK YOU
2     11/19/2017 14:30     Lukows
      If you are appealing a decision, please refer to proper method as stated in the inmate
      handbook

| Request # | 584791 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1     11/18/2017 13:24     RESIDENT
      OK. PLEASE INFORM SUPT  BOB REDMOND THAT I AM SEEKING A PROPER RESOLUTION TO INDIGENT
      PROSE PRETRIAL DETAINEES  TO   REACH WITNESSES FOR OUR DEFENCE
2     11/19/2017 14:31     Lukows
      If you are appealing a decision, please refer to proper method as stated in the inmate
      handbook

*EX, B*

GT

**RESIDENT REQUEST REPORT**

Page    58   of    102

Winnebago County Jail
01/16/2018 10:21
OPR   Mccork

| | | |
|---|---|---|
| MID | : | 154313 |
| Resident Name | : | FORD, MELVIN ANTONI |

| | | |
|---|---|---|
| Request Type | : | ALL |
| Status | : | ALL |
| Time Frame | : | 03/05/2017  -  01/16/2018 |
| Sort By | : | Grievance Type |

---

**Request #   584884**      GRIEVANCE - GENERAL       **CLOSED**  *SEXUAL HARASSMENT*

1     11/18/2017 18:19     RESIDENT
I AM NOT SATISFIED WITH THE RESPONSES  TO MY GRIEVANCES REGARDING THE HANDLING OF MY MAIL
NOR THE SUPPOSED INVESTIGATION INTO MY SEXUAL HARASSMENT CLAIM.  IM REQUESTING AN APPEAL

2     11/19/2017 14:37     Lukows
Please follow the appeal process as described in the inmate handbook.  Resubmit to the
proper category

---

**Request #   585333**      GRIEVANCE - GENERAL       **CLOSED**

1     11/20/2017 16:49     RESIDENT
I NEED THE PROPER FORMS TO APPEAL  SEVERAL GRIEVANCES

2     11/21/2017 22:38     jacob
This needs to be submitted under the correct area, see the inmate handbook for details.

---

**Request #   585334**      GRIEVANCE - GENERAL       **CLOSED**

1     11/20/2017 16:52     RESIDENT
LOCKDOWNS ON THE NIGHT SHIFTS OF 11.17.2017 AND 11.18.2017 AND 11.19.2017..AS WELL AS
DURING THE DAY SHIFTS. THIS IS CRUEL AND INHUMANE PUNISHMENT

2     11/21/2017 15:28     watson
Most pods are on lockdown at some point

---

**Request #   585567**      GRIEVANCE - GENERAL       **CLOSED**

1     11/21/2017 14:30     RESIDENT
LOCKDOWN ON 11.20.2017 AT 530PM UNTIL 11.21.2017 AT 1240PM. EXCESSIVE LOCKDOWNS FOR
PRETRIAL DETAINEES IS TANTAMOUNT TO PUNISHMENT.

2     11/21/2017 15:36     watson
Most pods have been locked down

---

**Request #   586598**      GRIEVANCE - GENERAL       **CLOSED**

1     11/24/2017 21:41     RESIDENT
LOCKDOWN ON 11.22.2017 AND ON 11.23.2017 ..BOTH NIGHT SHIFTS

2     11/25/2017 16:43     watson
It is necessary sometimes

---

**Request #   587523**      GRIEVANCE - GENERAL       **CLOSED**

1     11/29/2017 07:38     RESIDENT
LOCKDOWN ON 11.27.2017 DAY AND NIGHT SHIFTS. LOCKDOWN ON 11.28.2017. DAY AND NIGHT SHIFT.
ALL OF NIGHT SHIFT ON BOTH DAYS.



*EX.B*

| GT |
|---|

**RESIDENT REQUEST REPORT**                                                    Page    59  of  102

Winnebago County Jail
01/16/2018 10:21
OPR   Mccork

```
MID            :  154313
Resident Name  :  FORD, MELVIN ANTONI

Request Type   :  ALL
Status         :  ALL
Time Frame     :  03/05/2017  -  01/16/2018
Sort By        :  Grievance Type
```

| 2 | 11/29/2017 11:51    watson |
|---|---|
| | Unfortunately, it is sometimes necessary |



| **Request #** | **587525** | **GRIEVANCE - GENERAL** | **CLOSED** |
|---|---|---|---|

| 1 | 11/29/2017 07:45     RESIDENT |
|---|---|
| | THE LAW LIBRARY HAS NOT BEEN FIXED. STOP LYING.  I CANNOT SEARCH STATUTES. CONSTITUTIONS. COURT RULES. REGULATIONS. ETC. IT HAS BEEN OVER 3 MONTHS. |
| 2 | 12/02/2017 14:47     Pilche |
| | law books are available by request |

| **Request #** | **588076** | **GRIEVANCE - GENERAL** | **CLOSED** |
|---|---|---|---|

| 1 | 12/01/2017 07:56     RESIDENT |
|---|---|
| | LOCKDOWN ON 11.30.2017 ON NIGHT SHIFT AND ALL MORNING |
| 2 | 12/02/2017 15:01     Pilche |
| | correct |

| **Request #** | **588409** | **GRIEVANCE - GENERAL** | **CLOSED** |
|---|---|---|---|

| 1 | 12/02/2017 10:04     RESIDENT |
|---|---|
| | LOCKDOWN ON 12.02.2017 ON NIGHT SHIFT. |
| 2 | 12/02/2017 10:53     Soderg |
| | the tablets will be take at 1030 each night |

| **Request #** | **588410** | **GRIEVANCE - GENERAL** | **CLOSED** |
|---|---|---|---|

| 1 | 12/02/2017 10:08     RESIDENT |
|---|---|
| | TABLETS WERE TAKEN ON 12.01.2017 AT 1030PM. IF THIS IS THE NEW POLICY THEN WE WOULD BE MISSING 300 HOURS ON  MONTHLY PAID SUBSCRIPTION. THIS IS  ROBBERY. FRAUD. AND FALSE ADVERTISEMENT |
| 2 | 12/02/2017 10:52     Soderg |
| | the tablets will be returned at 1030 each night. |

| **Request #** | **588411** | **GRIEVANCE - GENERAL** | **CLOSED** |
|---|---|---|---|

| 1 | 12/02/2017 10:10     RESIDENT |
|---|---|
| | CORRECTIO TO GRIEVANCE 588409.. LOCKDOWN ON 12.01.2017 ON NIGHT SHIFT |
| 2 | 12/02/2017 10:54     Soderg |
| | this has been answered already |

| **Request #** | **588701** | **GRIEVANCE - GENERAL** | **CLOSED** |
|---|---|---|---|

| 1 | 12/03/2017 22:50     RESIDENT |
|---|---|

*EX. B*

| GT |
|----|

**RESIDENT REQUEST REPORT**

Winnebago County Jail
01/16/2018 10:21
OPR  Mccork

---

| MID | : 154313 |
|-----|----------|
| Resident Name | : FORD, MELVIN ANTONI |

| Request Type | : | ALL |
|-----|-----|-----|
| Status | : | ALL |
| Time Frame | : | 03/05/2017  -  01/16/2018 |
| Sort By | : | Grievance Type |

---

|   | LOCKDOWN ALL DAY ON 12.03.2017 .. DIDNT COME OUT UNTIL 7PM |
|---|---|
| 2 | 12/04/2017 22:21      jacob |
|   | There were security issues that day. |

| **Request #** | **588704** | **GRIEVANCE - GENERAL** | **CLOSED** |
|---|---|---|---|

| 1 | 12/03/2017 22:54      RESIDENT |
|---|---|
|   | SGT. HERNANDEZ IVE BEEN ASKING FOR READING MATERIAL FOR OVER TWO WEEKS. LIBRARY KEEPS TELLING ME TO ASK AN OFFICER. YET NO OFFICER BRING BOOKS. |
| 2 | 12/04/2017 22:22      jacob |
|   | Talk to your pod officer, they can exchange books after lock down. |

| **Request #** | **589898** | **GRIEVANCE - GENERAL** | **CLOSED** |
|---|---|---|---|

| 1 | 12/08/2017 11:23      RESIDENT |
|---|---|
|   | LOCKDOWN ON 12.07.2017 FROM 8AM UNTIL 1PM AND THEN AT 530PM UNTIL 630AM ON 12.08.2017. |
| 2 | 12/08/2017 13:22      Boyd |
|   | It is documented |

| **Request #** | **590121** | **GRIEVANCE - GENERAL** | **CLOSED** |
|---|---|---|---|

| 1 | 12/09/2017 07:47      RESIDENT |
|---|---|
|   | LOCKDOWN ON 12.08.2017 AT 530PM  UNTIL 12.09.2017 AT 630AM |
| 2 | 12/09/2017 21:50      jacob |
|   | Ok, what is your grievance? Lockdowns are for security reasons. |

| **Request #** | **590135** | **GRIEVANCE - GENERAL** | **CLOSED** |
|---|---|---|---|

| 1 | 12/09/2017 08:19      RESIDENT |
|---|---|
|   | SGT.BOYD. I HAVE A MEDICALLY PRESCRIBED DIET AND TODAY I WAS SENT SAUSAGES. I TOLD OFFICER LARSON. KITCHEN LIED AND SAID IT ISNT MEAT IN THE SAUSAGE. I TOLD HIMTO CALL YOU SOTHAT I CAN  EAT AND HE REFUSED THUS DEPRIVING ME OF BREAKFAST. |
| 2 | 12/09/2017 14:53      Boyd |
|   | Mr. Ford, |
|   | Officer Larson did indeed call me. I then verified with the Aramarc kitchen staff that it was not meat but soy product. It met the criteria of your diet needs. No one denied you food, except yourself. |

| **Request #** | **590673** | **GRIEVANCE - GENERAL** | **CLOSED** |
|---|---|---|---|

| 1 | 12/11/2017 08:43      RESIDENT |
|---|---|
|   | I NEED A NEW TABLET. DUE TO MY SCREEN NOT FLIPPING I HAVE NOT HAD ACCESS TO MULTIPLE GAMES SINCE DAY ONE |

EX. B

| GT |
|---|

## RESIDENT REQUEST REPORT

Page    61  of   102

Winnebago County Jail
01/16/2018 10:21
OPR   Mccork

| MID | : | 154313 |
|---|---|---|
| Resident Name | : | FORD, MELVIN ANTONI |

| Request Type | : | ALL |
|---|---|---|
| Status | : | ALL |
| Time Frame | : | 03/05/2017  -  01/16/2018 |
| Sort By | : | Grievance Type |

| 2 | 12/11/2017 15:34    Lukows |
|---|---|
| | GTL has been notified |

| Request # | 591064 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

| 1 | 12/12/2017 16:07    RESIDENT |
|---|---|
| | ON 12.09.2017 I WAS GIVEN NO SUBSTITUTE FOR THE MEAT.THE SAUSGE PATTIES ARE MEAT AND SURVEILLANCE SHOWS THAT NO SUPPLEMENT CAME TO 3D PERIOD. |
| 2 | 12/12/2017 17:53    Lukows |
| | Sir, I have reviewed the information and have responded to you.  According to the kitchen, peanut butter was on your tray |

| Request # | 591065 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

| 1 | 12/12/2017 16:10    RESIDENT |
|---|---|
| | LOCKDOWN ON 12.11.2017 630AM  UNTIL 130PM AND 12.12.2017 8AM  UNTIL 245PM. ALSO 12.11.2017 530PM UNTIL 630 AM ON 12.12.2017 |
| 2 | 12/12/2017 17:53    Lukows |
| | Do you have a request or grievance? |

| Request # | 591195 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

| 1 | 12/13/2017 09:49    RESIDENT |
|---|---|
| | LOCKDOWN ON 12.12.2017 AT 530PM UNTIL 630AM 12.13.2017 |
| 2 | 12/14/2017 00:19    Bounds |
| | Its been logged |

| Request # | 591197 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

| 1 | 12/13/2017 09:52    RESIDENT |
|---|---|
| | CAPTAIN OWENS. I NEED TO CONTACT  KANE COUNTY CIRCUIT CLERK SO THAT A WRIT MAY BE ISSUED SO THAT CAN HANDLE PENDING COURT MATTERS OUT THERE. I AM INDIGENT AND PRO SE |
| 2 | 12/15/2017 15:23    Lukows |
| | You will be allotted a phone call after you view your discs today |

| Request # | 591421 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

| 1 | 12/13/2017 22:41    RESIDENT |
|---|---|
| | NEED TO VIEW VIDEO EVIDENCE |
| 2 | 12/15/2017 14:59    Lukows |
| | We are pulling you now. |

EX,B

**GT**

## RESIDENT REQUEST REPORT

Winnebago County Jail
01/16/2018 10:21
OPR   Mccork

```
MID               :  154313
Resident Name     :  FORD, MELVIN ANTONI
```

```
Request Type  :   ALL
Status        :   ALL
Time Frame    :   03/05/2017  -  01/16/2018
Sort By       :   Grievance Type
```

| Request # | 591555 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1      12/14/2017 15:39     RESIDENT
       LOCKDOWN ON 12.14.2017 . 845AM UNTIL 230PM
2      12/14/2017 22:23     Bounds
       ok

| Request # | 591743 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1      12/15/2017 08:53     RESIDENT
       I NEED TO TELEPHONE THE DCFS APPEAL OFFICE FOR A HEARING EXTENSION. PER THEIR PROTOCOL  I
       MUST CALL. I AM INDIGENT. REGULAR CALLS FROM INMATE PHONES WOULDNT WORK ANYWAY
2      12/15/2017 15:05     Lukows
       You will be allowed after your done viewing your discs

| Request # | 591857 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1      12/15/2017 14:17     RESIDENT
       LOCKDOWN ON 12.15.2017 8AM UNTIL 1230PM
2      12/15/2017 15:13     Lukows
       We are aware

| Request # | 592546 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1      12/18/2017 09:38     RESIDENT
       I AM ATTEMPTING TO CONTACT THE JUDGE AND ATTORNEY TO SET UP MY DCFS APPEAL. THIS MUST BE
       DONE BY PHONE AS IS THE LAW GOVERNING THIS APPEAL. I AM ALSO  TRYING TO CONTACT KANE
       COUNTY CIRCUIT COURT TO PROCURE A WRITFOR  COURT.
2      12/18/2017 23:54     Bounds
       Do you need the address to Kane County Circuit clerk. What attorney? Which Judge?

| Request # | 592934 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1      12/19/2017 14:38     RESIDENT
       LOCKDOWN ON 12.17.2017 AT 8AM TO 2PM.. 12.18.2017 AT 12PM TO 615PM.. 12.18.2017 1030PM TO
       12.19.2017 AT 130PM
2      12/20/2017 00:12     Bounds
       lock downs are already being recorded

| Request # | 593107 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1      12/20/2017 08:14     RESIDENT
       LOCKDOWN  ON 12.19.2017 AT  430PMUNTIL  12.20.2017 AT 630AM



*EX.B*

| GT | |

**RESIDENT REQUEST REPORT**

Winnebago County Jail
01/16/2018 10:21
OPR  Mccork

---

| MID | : | 154313 |
| Resident Name | : | FORD, MELVIN ANTONI |

---

| Request Type | : | ALL |
| Status | : | ALL |
| Time Frame | : | 03/05/2017  -  01/16/2018 |
| Sort By | : | Grievance Type |

---

| 2 | 12/20/2017 17:59     Lukows |
| | Ok? |

| **Request #** | **593111** | **GRIEVANCE - GENERAL** | **CLOSED** |

| 1 | 12/20/2017 08:16     RESIDENT |
| | STILL TRYNG TO CONTACT DCFS VIA  PHONE FOR MY APPEAL AND THE KANE COUNTY CLERK VIA PHONE TO OBTAIN AWRIT  FOR COURT |
| 2 | 12/24/2017 07:30     watson |
| | Given an opportunity yesterday to do this |

| **Request #** | **593741** | **GRIEVANCE - GENERAL** | **CLOSED** |

| 1 | 12/22/2017 08:36     RESIDENT |
| | LOCKDOWN ON 12.21.2017 AT 1230PM UNTIL 4PM  AND THEN 530PM UNTIL 630AM ON 12.22.2017 |
| 2 | 12/22/2017 22:31     jacob |
| | Lockdowns are for security reasons. |

| **Request #** | **593969** | **GRIEVANCE - GENERAL** | **CLOSED** |

| 1 | 12/23/2017 09:06     RESIDENT |
| | LOCKDOWN ON 12.22.2017 AT 9AM UNTIL 5PM AND AT 530PM UNTIL 12.23.2017 AT 630AM |
| 2 | 12/23/2017 22:24     Bounds |
| | ok |

| **Request #** | **593989** | **GRIEVANCE - GENERAL** | **CLOSED** |

| 1 | 12/23/2017 10:18     RESIDENT |
| | SGT WATSON. I NEED A PHONE  CALL TO LEAVE VOICEMAILS FOR MY DCFS APPEAL. THATS THEIR PROTOCOL. PLEASE PULL ME. HEARING IS SCHEDULED FOR 12.26... I JUST GOT THE PAPERWORK THIS WEEK |
| 2 | 12/23/2017 11:50     watson |
| | Given opportunity to use the phone |

| **Request #** | **594833** | **GRIEVANCE - GENERAL** | **CLOSED** |

| 1 | 12/26/2017 16:42     RESIDENT |
| | LOCKDOWN ON 12.25.2017 530PM UNTIL 630 AM ON 12.26.2017.. LOCKDOWN ON 12.26.2017 AT 1215PM UNTIL  335PM |
| 2 | 12/27/2017 04:18     Fernaa |
| | what is the question?? |

*EX. B*

GT

**RESIDENT REQUEST REPORT**

Winnebago County Jail
01/16/2018 10:21
OPR   Mccork

```
MID              :   154313
Resident Name    :   FORD, MELVIN ANTONI
```

```
Request Type  :   ALL
Status        :   ALL
Time Frame    :   03/05/2017  -  01/16/2018
Sort By       :   Grievance Type
```

| Request # | 594958 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1   12/27/2017 09:06    RESIDENT
TODAY THE KITCHEN SENT ME BISCUITS IN A POOL OF FLOUR AND WATER. WHEN THE OFFICER ADDRESSED IT THE KITCHEN OFFICR SAID THATS WHAT IM GETTING. THEREFORE I DID NOT EAT. THIS IS INHUMANE

2   12/27/2017 14:08    watson
The only difference is the bland diets did not have the seasoning

| Request # | 595411 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1   12/28/2017 16:50    RESIDENT
LOCKDOWN 12.27.2017 AT 1030PM UNTIL  12.28.2017 AT 1230PM

2   12/28/2017 21:25    jacob
I do not understand the nature of your grievance, please be more specific.

| Request # | 595714 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1   12/29/2017 16:00    RESIDENT
LOCKDOW ON 12.28.2017 AT 1030PM UNTIL 12.29.2017 AT 225PM

2   12/29/2017 18:18    Lukows
What are you asking

| Request # | 595717 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1   12/29/2017 16:04    RESIDENT
ON 12.28.2017 THE POD OFFICER REFUSED TO CALL THE KITCHEN AND REPLACE MY TRAY THAT WAS FULL OF DAIRY AT DINNER. THEREFORE  I  COULDNT EAT. CONSUMPTION OF DAIRY CAN MAKE ME SLIP INTO A COMA

2   01/01/2018 07:31    watson
It is being looked into

| Request # | 596094 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1   12/31/2017 08:51    RESIDENT
AT BREAKFAST KITCHEN CO REFUSEDTO SEND ME A SUBSTITUTE FOR MY TRAY SEEING AS TO HOW IM LACTOSE INTOLERANT. THIS IS OUT OF HAND AND IS NOW AN ADMINISTRATIVE ISSUE. CAMERA PROVES THERE WAS NO SUBSTIUTE ON MY TRAY. VIOLATION OF ICJS

2   01/04/2018 17:32    Lukows
Please resubmit to kitchen

| Request # | 596192 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

1   12/31/2017 12:42    RESIDENT

*EX. B*

| GT | |
|---|---|

**RESIDENT REQUEST REPORT**

Page 65 of 102

Winnebago County Jail
01/16/2018 10:21
OPR Mccork

---

MID          :  154313
Resident Name  :  FORD, MELVIN ANTONI

---

Request Type  :  ALL
Status        :  ALL
Time Frame    :  03/05/2017  -  01/16/2018
Sort By       :  Grievance Type

---

|   | AT LUNCH TODAY I WAS MISSING A PROTEIN SUBSTITUTE ON MY TRAY.  THE KITCHEN REFUSED TO SEND ONE UP.  IM SURE THERE IS NO LICENSED DIETICIAN HERE |
|---|---|
| 2 | 01/04/2018 17:31    Lukows |
|   | Please resubmit to Kitchen services |

| Request # | 596794 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

| 1 | 01/02/2018 16:27    RESIDENT |
|---|---|
|   | LOCKDOWN ON 01.01.2018 AT 1030PM UNTIL 130PM ON 01.02.2018 |
| 2 | 01/02/2018 23:42    Bounds |
|   | lock downs have been logged |

| Request # | 596795 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

*TO PRESS CHARGES FOR MAIL TAMPERING*
*SEXUAL HARASSMENT BY JAIL OFFICER*

| 1 | 01/02/2018 16:29    RESIDENT |
|---|---|
|   | NEED TO SPEAK TO A FEDERAL INVESTIGATOR OR PROSECUTOR ABOUT A CASE |
| 2 | 01/08/2018 10:01    Lukows |
|   | Are you represented in federal court?  If so, please inform your lawyer |

| Request # | 596938 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

| 1 | 01/03/2018 09:58    RESIDENT |
|---|---|
|   | LOCKDOWN ON 1.02.2018 AT 530PM UNTIL 01.03.2018 AT 630AM |
| 2 | 01/03/2018 17:08    Lukows |
|   | Ok |

| Request # | 597229 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

| 1 | 01/04/2018 08:03    RESIDENT |
|---|---|
|   | LOCKDOWN ON 1.03.2018 AT  9PM UNTIL 630AM ON 1.04.2018 |
| 2 | 01/04/2018 19:35    Fernaa |
|   | did you have a question |

| Request # | 597457 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

| 1 | 01/04/2018 22:49    RESIDENT |
|---|---|
|   | LOCKDOWN ON 01.04.2018 AT 8AM UNTIL 3PM |
| 2 | 01/05/2018 02:19    Fernaa |
|   | what is the question? |

| Request # | 597658 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

| 1 | 01/05/2018 18:09    RESIDENT |
|---|---|

EX.13

GT

## RESIDENT REQUEST REPORT

Page    66 of   102

Winnebago County Jail
01/16/2018 10:21
OPR  Mccork

```
MID             :  154313
Resident Name   :  FORD, MELVIN ANTONI
```

```
Request Type    :  ALL
Status          :  ALL
Time Frame      :  03/05/2017  -  01/16/2018
Sort By         :  Grievance Type
```

|   |   |   |
|---|---|---|
| | LOCKDOWN ON 01.05.2018 AT 9AM UNTIL 330PM | |
| 2 | 01/06/2018 00:00    Bounds | |
| | Its already been logged | |

| Request # | 597845 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

| 1 | 01/06/2018 15:16    RESIDENT |
|---|---|
| | LOCKDOWN ON 01.06.2018 AT 9AM UNTIL 1230PM |
| 2 | 01/06/2018 23:40    Bounds |
| | It has been recorded already |

| Request # | 598125 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

| 1 | 01/07/2018 18:22    RESIDENT |
|---|---|
| | LOCKDOWN ON 1.7.2018 FROM 9AM UNTIL 1130AM |
| 2 | 01/07/2018 19:57    Bounds |
| | Lock downs are being recorded |

| Request # | 598257 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

| 1 | 01/08/2018 10:47    RESIDENT |
|---|---|
| | SGT.FISHER.IVE BEEN TRYING TO PROCURE A WRIT FOR COURT IN KANE COUNTY. I NEED A DIRECT LINE TO THE CIRCUIT COURT TO DO SO. CLERK DOES NOT ACCEPT GLOBELTELLINK CALLS. I HAVE NO FAMILY TO DO THIS FOR ME |
| 2 | 01/09/2018 11:35    Lukows |
| | You state you are pro se.  However, you should have an investigator assigned to you via the court.  Please contact that person for assistance |

| Request # | 598658 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

| 1 | 01/09/2018 16:58    RESIDENT |
|---|---|
| | AN INVESTIGATOR CANNOT PROCURE A WRIT FOR COURT FOR ME IN ANOTHER COUNTY. I HAVE BEEN ASSIGNED NO INVESTIGATOR ON MY CASE. I MUST CONTACT KANE COUNTY CLERK MYSELF |
| 2 | 01/10/2018 17:01    watson |
| | You will have to write them |

| Request # | 599336 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

| 1 | 01/12/2018 08:31    RESIDENT |
|---|---|
| | LOCKDOWN ON 01.11.2018 AT 11AM UNTIL 4PM |
| 2 | 01/12/2018 21:53    Hernan |
| | I'm not sure what you are asking about. Can you please be more clear on what you are asking. |

EX.B



| GT | |
|---|---|

**RESIDENT REQUEST REPORT**

Winnebago County Jail
01/16/2018 10:21
OPR  Mccork

```
MID            :   154313
Resident Name  :   FORD, MELVIN ANTONI

Request Type   :   ALL
Status         :   ALL
Time Frame     :   03/05/2017  -  01/16/2018
Sort By        :   Grievance Type
```

| **Request #** | **599457** | GRIEVANCE - GENERAL | **CLOSED** |
|---|---|---|---|

1   01/12/2018 18:22     RESIDENT
    LOCKDOWN ON 1.12.2018 AT 11AM UNTIL 330PM
2   01/12/2018 21:59     Hernan
    Not sure what your asking for

| **Request #** | **599601** | GRIEVANCE - GENERAL | **CLOSED** |
|---|---|---|---|

1   01/13/2018 12:24     RESIDENT
    LOCKDOWN ON 1.13.2018 AT 930AM UNTIL  11AM
2   01/13/2018 17:55     Lukows
    Noted already

| **Request #** | **599746** | GRIEVANCE - GENERAL | **CLOSED** |
|---|---|---|---|

1   01/14/2018 07:39     RESIDENT
    YOUR PREA PROCESS IS INEFFECTIVE. PRETRIAL  DETAINEES SHOULD HAVE FREE ACCESS TO
    IMMEDIATE REPORTING TO A CONFIDENTIAL LIVE AGENT OUTSIDE OF THIS JAIL. NOT A VOICEMAIL.
2   01/16/2018 08:41     Ponte
    There is a PREA Coordinator on site that you can speak to as well as numbers you can call
    in the PREA Pamphlets.

| **Request #** | **599858** | GRIEVANCE - GENERAL | **CLOSED** |
|---|---|---|---|

1   01/14/2018 16:31     RESIDENT
    LOCKDOWN ON 01.14.2018 AT 8AM UNTIL 1230PM
2   01/14/2018 16:56     Lukows
    Ok

| **Request #** | **599979** | GRIEVANCE - GENERAL | **CLOSED** |
|---|---|---|---|

1   01/15/2018 08:59     RESIDENT
    HOW MANY STAFF DOYOU NEED TO STOP LOCKDOWNS?
2   01/15/2018 10:15     watson
    Submit for a FOIA request

| **Request #** | **599980** | GRIEVANCE - GENERAL | **CLOSED** |
|---|---|---|---|

1   01/15/2018 09:01     RESIDENT
    LOCKDOWN. 01.14.2018... 430PM UNTIL  630AM ON 01.15.2018
2   01/15/2018 23:46     Bounds
    Lockdowns are already being recorded

*EXHIBIT C*

GT

## RESIDENT REQUEST REPORT

Page   13 of   102

Winnebago County Jail
01/16/2018 10:21

OPR   Mccork

MID            :   154313
Resident Name  :   FORD, MELVIN ANTONI

Request Type  :   ALL
Status        :   ALL
Time Frame    :   03/05/2017  -  01/16/2018
Sort By       :   Grievance Type

---

| Request # | 590355 | DISCIPLINE / APPEALS | CLOSED |
|---|---|---|---|

1    12/09/2017 20:05    RESIDENT
CONT APPEAL GRIEVANCE 590135. THE MEAT I WAS GIVN AT BREAKFAST IS MECHANICALLY SEPARATED CHICKEN AND TURKEY. THAT IS MEAT AND IN VIOLATION  OF MY MEDICALLY PRESCRIBED DIET. INSTEAD OF GETTIG ME FOOD I WAS FORCED NOTTO EAT AND GIVEN A 48 HOUR LOCKDOWN. THIS IS SO WRONG THAT EVEN I AM ASTOUNDED

2    12/11/2017 16:33    Lukows
answered on part two

---

| Request # | 599077 | DISCIPLINE / APPEALS | OPEN |
|---|---|---|---|

1    01/11/2018 09:19    RESIDENT
APPEAL. I MUST HAVE ACCESS TO THE COURT. I NEED TO CONTACT KANE COUNTY CIRCUIT CLERK TO PROCURE A WRIT FOR COURT. I NEED A DIRECT LINE TO  THAT NUMBER. WHY IS THIS  SUCH AN ISSUE?

---

| Request # | 599745 | DISCIPLINE / APPEALS | CLOSED |
|---|---|---|---|

1    01/14/2018 07:36    RESIDENT
APPEAL. REGULARLY SCHEDULED LOCKDOWNS ARE NOT THE ANSWER TO YOURSHORTAGE OF STAFF AND BUDGET BATTLE WITH THE COUNTY. AS A PRETRIAL DETAINEE I  SHOULD NEVER EXPERIENCE THIS. STOP THE LOCKDOWNS OR RELEASE ME

2    01/14/2018 16:21    Lukows
Your appeal has been heard and denied.  If lockdowns are to occur, we attempt to be as fair as possible by rotating pod to pod.

---

| Request # | 600002 | DISCIPLINE / APPEALS | OPEN |
|---|---|---|---|

1    01/15/2018 09:47    RESIDENT
APPEAL. THE REMEDY TO SHORTAGE OF STAFF IS TO INSTRUCT THE COURT TO RELEASE PRETRIAL DETAINEES ON RECOGNIZANCE OR GIVE HOUSE ARREST. THE REMEDY IS NEVER 8 TO 30 HOUR LOCKDOWNS.

---

| Request # | 600113 | DISCIPLINE / APPEALS | OPEN |
|---|---|---|---|

1    01/15/2018 16:12    RESIDENT
APPEAL. I AM REMANDED HERE BY THE COURT.I HAVE  A NEW CHARGE. THE 6TH AMEND. OF THE U.S. CONST AND 725 5.103.4  PROVIDES  I AM TO BE ABLE TO CONTACT AN ATTORNEY AS MANY TIMES AS NEED BE